MCDONALD, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16416.

*Shelley R. Sadin,* in support of the petition.

*Gregory P. Lynch,* in opposition.

Decided October 31, 2000

---

STATE OF CONNECTICUT *v.* KEVIN SOTO

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 31, 2000

---

STATE OF CONNECTICUT *v.* MARK BANKS

KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided October 31, 2000

ALISTAIR GEMMELL ET AL. *v.* DENNIS LEE ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William F. Dow III,* in support of the petition.

*Morton J. Dimenstein,* in opposition.

Decided October 31, 2000

ENVIROTEST SYSTEMS CORPORATION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

KATZ, J., did not participate in the consideration or decision of this petition.

*Clifton A. Leonhardt,* chief counsel, in support of the petition.